# SUPERIOR COURT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| Com. v. Amaker | 1113 EDA 2015<br>Affirmed | 02/01/2017 | CP–51–CR–0000647–2014<br>(Philadelphia) |
| Com. v. Bennett | 225 EDA 2016<br>Affirmed | 02/01/2017 | CP–51–CR–0010928–2008<br>CP–51–CR–0010987–2008<br>(Philadelphia) |
| Com. v. Lugo | 1247 EDA 2016<br>Affirmed | 02/01/2017 | CP–15–CR–0002037–2004<br>(Chester) |
| In re C.P.S.B. | 1725 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/01/2017 | CP–51–AP–0000100–2016<br>CP–51–DP–0001739–2014<br>(Philadelphia) |
| In re A.N.S.B. | 1726 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/01/2017 | CP–51–AP–0000101–2016<br>CP–51–DP–0001149–2012<br>(Philadelphia) |